# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 1:23-CR-31 (JMC)** |
| : | |
| **KIM MARIE CONNOLLY,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court through USAfx, in relation to its sentencing memorandum (ECF No. 22).  These exhibits will be offered into evidence during the sentencing hearing currently scheduled for December 19, 2023.

The proposed exhibits are as follows:

1.     Government Exhibit 1 is an open-source video filmed near the Upper West Terrace doors of the U.S. Capitol building, showing rioters entering through the doors as an alarm blared. It is approximately one minute long.  The events depicted occurred at approximately 2:34 PM EST on January 6, 2021.

2. Government Exhibit 2 is a clip from United States Capitol Police CCV footage of the Upper West Terrace doors of the U.S. Capitol Building showing the defendant entering through the doors. It is approximately two minutes long. The events depicted occurred between approximately 2:33 and 2:35 PM EST on January 6, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 6, 2023 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | /s/ Brendan Ballou<br>Brendan Ballou<br>DC Bar No. 241592<br>Special Counsel<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov |