December 2, 2023

I am a neighbor and friend of Claire Connolly. I met and have had the pleasure of getting to know Kim since she moved in about 6 years ago. She has always been gracious and welcoming to me, and our other neighbors, everytime I see her. She always offers to lend me hand if I am talking about an issue I may talk about having. She always thinks of me when she has extra of a food or dessert she has made, or clothing. I know she has made desserts and flower arraingments for some of the other neighbors. She loves to garden. She is somewhat of a homebody and is always out working in the yard. I believe the biggest testament to who she is though is the fact she has taken on caring for her mother with her Alzheimers. That is not an easy job to take on and she is doing a great job of caring for her mother and is doing it by herself. I know my friend is happy and is being well cared for.

Overall, Kim is a pleasant and caring young lady with a good head on her shoulders. She has made a good addition to our community in the park and I believe I can say that on behalf of our other neighbors that know her.

Sincerely,

Maria Freotas

To Whom it May Concern;

I have known Kim Connolly since childhood. We lost touch for some years but would later reconnect and work together at Mill Pond Diner. I found her to be the same warm, loyal, dependable and funny girl that I grew up with.

She was a hard worker and genuinely cared about our customers and making sure they were happy. Her and I had many long days together making sure the Diner was clean, restocked and everything was as it should be. She was very conscientious of her work.

I also worked with her mother, Claire, at the Diner. I know Kim is now taking care of Claire as she has alzheimers, that's a shame as her mother was such a nice lady. Kim actually moved back to Wareham from the North Shore area to care for her. I give her kuddos for that as she had an established life on the north shore for over 20 years.

Kim is a good girl. I'm happy we've reconnected. She is someone I could rely on if I needed help or had a problem to work through. I know I would get solid advice from a caring, moral person. →

with my best interest at heart. Genuinely a caring person.

Sincerely,
Ann M. Cox

The Honorable Judge Cobb -

I have known Kim Connolly now for about 15 years. We worked together then she got me an apartment in the building where she lived. We were neighbors for approxiamately 8 years.

I feel I know Kim pretty well and that is the reason I wanted to write this letter to you.

As former co-workers I can say she was one of the ethical sales persons. She always went the extra mile for her clients and she was well liked by both her clients and co-workers. On our Sales Drive days she was easy to work with and a cheerleader to keep us going.

As a neighbor and friend she has always been friendly, courteous and kind. Our landlord absolutely loved her as she kept an eye on the property, though it was not her job to, and was always cleaning and making sure our hallways, front porch and laundry room looked nice. She even hung pictures in the hallway to improve the aesthetics. She just wanted it to look nice for all of us.

She has a thirst for knowledge and is always educating herself. Every couple weeks or so she would ask me to come up to her apartment so I could "tell her what was going on in the world" from a news perspective and she would educate me on whatever new subject she had delved into - it ranged from psychology, history, the Bible, gardening to hollistic medicine - always researching and it was always educational for me as well.

To sum it up, Kim is a good person. The kind of neighbor and friend you would like to have. She is easy going and sensible. This is not a person who seeks to harm anyone, quite the opposite. She tries to lift people up, do the right thing, make people happy and improve herself.

It honestly saddens me that she may be looked at any other way. I know she didn't want to "burden" - (her words) people or make them feel they were put on the spot by asking them to write letters on her behalf, again looking out for others not wanting to impose. I am very happy she asked me and would have insisted had she not.

I hope I was able to give you a little insight into who Kim is and the thoughtful, kind, intelligent person who I am proud to call my friend.

Respectfully,

*Dennis Ayers*

Dennis Ayers